EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Javier Torres Sobá | 2017 TSPR 62<br><br>197 DPR ____ |

Número del Caso: TS-14,017

Fecha: 24 de abril de 2017

Abogado del peticionario:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila de Jesús

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Javier Torres Sobá

TS-14,017

Reinstalación al Ejercicio del Notariado, Terminación de Fianza Notarial y Aprobación de Nueva Fianza

RESOLUCIÓN

San Juan, Puerto Rico, a 24 de abril de 2017.

Examinada la *Moción informativa sobre cumplimiento de Orden* presentada por el Lcdo. Javier Torres Sobá y el *Informe final sobre el estado de la obra protocolar incautada* presentado por la Oficina de Inspección de Notarías, **se autoriza la reinstalación del Lcdo. Javier Torres Sobá al ejercicio de la notaría.**

Debido a que el notario ha prestado una nueva fianza notarial con MAPFRE PRAICO Insurance Company, en conformidad con la Ley Núm. 69 de 9 de marzo de 1911, según enmendada, 30 LPRA Sección 1725 y ss., se da por terminada la fianza otorgada por el Colegio de Abogados de Puerto Rico el 19 de febrero de 2002, para garantizar las funciones notariales del notario, la cual se considerará buena y válida por tres años después de su terminación por los actos realizados por el mencionado fiado durante el período en que la misma estuvo vigente.

Se aprueba la fianza otorgada por MAPFRE PRAICO Insurance Company, vigente desde el

25 de marzo de 2012, para garantizar las funciones notariales del peticionario. Se ordena al Archivero General de Protocolos del Distrito correspondiente que, al solicitárselo el notario, le haga entrega de sus protocolos.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Juan Ernesto Dávila Rivera
                            Secretario del Tribunal Supremo